# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Robert T. Hooey,                                      Civil No. 11-CV-2805 (JRT/TNL)

      Plaintiff,

v.                                                    **ORDER**

Michael J. Astrue,

      Defendant.

---

Sean M. Quinn, Falsani Balmer, **PETERSON QUINN & BEYER**, 306 Superior Street W, Suite 1200, Duluth, MN 55802, for Plaintiff.

David W. Fuller, **OFFICE OF THE UNITED STATES ATTORNEYS**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 12, 2012 [Docket No.22], along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that: Plaintiff's Motion for Summary Judgment [Docket No. 17] is **DENIED** and Commissioner's Motion for Summary Judgment [Docket No. 20] is **GRANTED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  November 16, 2012                             s/John R. Tunheim_____
                                                                           The Honorable John R. Tunheim
                                                                           United States District Court Judge
                                                                           for the District of Minnesota